# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 289-1 | **DATE** | 4/11/2008 |
| **CASE TITLE** | United States of America vs. Frank P. Qualtier | | |

**DOCKET ENTRY TEXT**

Pursuant to an agreed request by the Parties, arraignment set for 4/16/08 at 10:00 a.m. is reset to 4/21/08 at 4:00 p.m.

Docketing to mail notices.



| | | Courtroom Deputy Initials: | VKD |
|---|---|---|---|