## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 289 - 1 | **DATE** | 4/21/2008 |
| **CASE TITLE** | USA vs. Frank P. Qualtier | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts. James Marcus is given leave to file his appearance as counsel for defendant. 16.1(A) conference to be held as soon as possible. Pretrial motions to be filed by 5/6/08. Status hearing before Judge Gettleman set for 5/6/08 at 9:15 a.m. Bond hearing held. Order time excluded from 4/21/08 to and including status date pursuant to 18 U.S.C. Section 3161(h)(1)(F). (X-E).

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | VKD |
|---|---|---|