Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 289 - 1 | **DATE** | 4/22/2008 |
| **CASE TITLE** | USA vs. Frank P. Qualtier | | |

**DOCKET ENTRY TEXT**

Order Setting Conditions of Release entered 4/21/08 is amended to reflect the hours of curfew for Defendant. Defendant is permitted to leave his residence for work and family obligations with a daily curfew. He may leave his residence by 5:00 a.m. but must return each day by 10:00 p.m. Exceptions and special circumstances are to have prior approval of the pretrial services officer.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|