## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | No. 08-CR-0289 |
| | ) | |
| FRANK P. QUALTIER, | ) | Judge Gettleman |
| | ) | |

## MOTION TO TERMINATE ELECTRONIC MONITORING

Now comes the Defendant, Frank P. Qualtier, by and through his attorney, James I. Marcus, and in support of this motion states as follows:

1. On April 9, 2008, the defendant was indicted by a Federal Grand Jury sitting in the Northern District of Illinois for violating the federal tax code.

2. At his arraignment on April 11, 2008, the defendant entered a plea of not guilty. As a condition of bond, Magistrate Judge Cox ordered <u>inter alia</u> that the defendant be placed on electronic monitoring.

3. Since bond was set, defendant has been fitted with an ankle bracelet and has complied with all conditions of bond, without incident.

4. On May 8, 2008, the defendant entered a plea of guilty to one count of an information.

5. Defendant seeks to have his ankle bracelet removed because of the risk of injury not only to himself but others.

6. Defendant is a contractor who is constantly in the field and/or on a construction site. His bracelet inhibits is ability to climb ladders and inspect work during the course of construction.

Furthermore, the bracelet does not allow a proper fit of his work boots.

WHEREFORE, defendant seeks to have his leg bracelet removed during the period of release and pending sentencing in this matter.

                                                  Respectfully submitted,
                                                  DZIEDZIAK & MARCUS, PC.

                                                  By:     s / James I. Marcus            ____
                                                               James I. Marcus

James I. Marcus
DZIEDZIAK & MARCUS, P.C.
100 W. Monroe St., Suite: 309
Chicago, Illinois 60603
(312) 443-5600