UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| VS. | ) | No. 08-CR-0289 |
| | ) | |
| **FRANK P. QUALTIER,** | ) | |
| | ) | |

### NOTICE OF MOTION

To:   Joel R. Levin
      U.S. Attorney's Office
      219 S. Dearborn St., 5th Fl.
      Chicago, Illinois 60604

    PLEASE TAKE NOTICE that on May 27, 2008 at 9:15 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Gettleman of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois courtroom: 1703 or before such other judge who may be sitting in his place and stead, and then and there present n Motion to Terminate Electronic Monitoring in the above captioned case, at which time and place you may appear if you see fit.

                                            Respectively submitted,

                                            DZIEDZIAK & MARCUS PC.


                                            BY:   s/James I. Marcus_____
                                                    James I. Marcus


James I. Marcus
DZIEDZIAK & MARCUS PC.
100 West Monroe St., Suite: 309
Chicago, Illinois 60603
(312) 443-5600