UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | No. 08-CR-0289 |
| | ) | |
| FRANK P. QUALTIER, | ) | |
| | ) | |

**CERTIFICATE OF SERVICE/FILING**

I hereby certify that on May 14, 2008, I manually filed a Motion to Terminate Electronic Monitoring with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

To:   Joel R. Levin
      U.S. Attorney's Office
      219 S. Dearborn St., 5th Fl.
      Chicago, Illinois 60604


and I hereby certify that on May 14, 2008, I sent by mailing by United States Postal Service, the document(s) to the following non-registered participant(s):

None

                        Respectfully submitted,
                        DZIEDZIAK & MARCUS, P.C.


                        By: ___s/James I. Marcus____
                            James I. Marcus

James I. Marcus
DZIEDZIAK & MARCUS, LTD.
100 West Monroe St. Suite: 309
Chicago, Illinois 60603
Tel: (312)443-5600
Fax: (312)443-5601