

AO 455 (Rev. 5/58) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

FRANK P. QUALTIER

WAIVER OF INDICTMENT

CASE NUMBER:  08 CR 0289
Judge Robert Gettleman

MAY 08 2008
**FILED**
08cr289    MAY 8   2008
Judge Robert W. Gettleman
United States District Court

I, <u>Frank P. Qualtier</u>, the above named defendant, who is accused of willfully making and subscribing a false tax return, in violation of Title 26, United States Code, Section 7206(1), and willful failure to file tax returns, in violation of Title 26, United States Code, Section 7203, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May 8, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
    *Defendant*

_____
    *Counsel for Defendant*

Before _____
         *Judicial Officer*