## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 Cr 289 - 1 | **DATE** | 5/8/2008 |
| **CASE TITLE** | United States of America   vs   Frank P. Qualtier | | |

**DOCKET ENTRY TEXT:**

Status hearing held.  Defendant withdraws plea of not guilty to count 1 of the criminal information and enters plea of guilty to said count.  Defendant advised of his rights.  Enter finding of guilty.  Cause is referred to the probation dept. for a pree-sentence investigation and report.   Sentencing is set for 7/22/2008, at 10:00 a.m.

[Docketing to mail notice]

00:29

| | Courtroom Deputy Initials: | GDS |
|---|---|---|