UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 08 CR 289 |
| v. | ) | |
| FRANK QUALTIER | ) | Judge Robert W. Gettleman |
| | ) | |

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Please take notice that former Assistant United States Attorney Joel R. Levin is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of that previously designated attorney.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney


        By:   /s/ Jason A. Yonan

        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-4156


Dated: September 4, 2008