UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 08 CR 289 |
| v. | ) | |
| FRANK QUALTIER | ) | Judge Robert W. Gettleman |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

WITHDRAWAL AND SUBSTITUTION OF COUNSEL

was served on September 4, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), via the district court's electronic filing system as to ECF filers.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney


    By: /s/ Jason A. Yonan
    JASON A. YONAN
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4156

Dated: September 4, 2008